UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PAUL T. DELORENZO,<br><br>   Plaintiff,<br><br> v.<br><br>BRIAN BUGLIO, et al.,<br><br>   Defendants. | CIVIL ACTION NO. 3:21-CV-01699<br><br>(MEHALCHICK, M.J.) |

## ORDER

**AND NOW**, this 26th day of August, 2022, for the reasons set forth in the Memorandum filed concurrently with this Order, it is **HEREBY ORDERED** that Defendant Borough of West Hazelton's motions to dismiss are **GRANTED**. (Doc. 23; Doc. 45). Additionally, Defendant Borough of West Hazelton's original motions to dismiss are **STRUCK as MOOT**. (Doc. 9; Doc. 24). Plaintiff shall be given **thirty (30) days** to file a second amended complaint in accordance with the parameters set forth in the Memorandum filed concurrently hereto.

                *s/ Karoline Mehalchick*
                **KAROLINE MEHALCHICK**
                **Chief United States Magistrate Judge**